JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE PRADA, | Case No. 2:18-cv-08132-JFW-JC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-08132-JFW-JC, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its or her own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 1, 2019

*/s/ John F. Walter*
Hon. John F. Walter
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**
168381.1

1

Case No. 2:18-cv-08132-JFW-JC
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE